| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kornmann, Charles B | 2. Court or Organization<br><br>U.S. District Court, S.D. | 3. Date of Report<br><br>3/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ⊙ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>102 4th Ave. SE, Suite 408<br><br>Aberdeen, SD 57402 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   General partner | ███ Kornmann, a partnership |

## IL AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   1-1-97 | Articles of Partnership, ███ Kornmann |

RECEIVED 2004 MAR 19 A 11:20 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University Foundation | air transportation, ground transportation, lodging and meals to attend educational seminar in December in Longboat Key, FL |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B | 3/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE**   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Common stock, Red Ribbon, Inc. | | None | K | W | | | | | |
| 2.   Common stock, ▨▨▨▨▨ | A | Distribution | J | W | | | | | |
| 3.   1/3 remainder interest, house | | None | J | W | | | | | |
| 4.   ▨▨acres of farm land, SD | D | Rent | M | W | | | | | |
| 5.   43.84% interest, partner, ▨▨ Kornmann | E | Distribution | N | W | | | | | |
| 6.   43.84% interest, partner, ▨▨ Kornmann | E | Distribution | N | W | | | | | |
| 7.   SD Retirement System; monthly benefits started 9-99 | D | Distribution | K | W | | | | | |
| 8.   interest in Black Hills Eagle I partnership | C | Interest | J | U | | | | | |
| 9.   Brandywine Fund shares | | None | L | T | | | | | |
| 10.   Mutual Beacon Fund CL Z shares | B | Dividend | L | T | | | | | |
| 11.   Mutual Discovery Fund shares | B | Dividend | L | T | | | | | |
| 12.   Mutual European Fund shares | B | Dividend | L | T | | | | | |
| 13.   Centennial Money Market Trust, IRA trust | A | Interest | J | T | | | | | |
| 14.   Centennial Money Market Trust, IRA | A | Interest | J | T | | | | | |
| 15.   Centennial Money Market Trust (AG Edwards & Sons, Inc.) | A | Interest | J | T | | | | | |
| 16.   Oarkmark Select shares | A | Dividend | L | T | | | | | |
| 17.   Masters Select Equity Fund shares | | None | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kornmann, Charles B | 3/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Washington Mutual Investors Fund shares A (IRA) | A | Dividend | K | T | | | | | |
| 19. Washington Mutual Investors Fund shares A (IRA) | A | Dividend | K | T | | | | | |
| 20. Growth Fund of America shares (IRA) | A | Dividend | K | T | | | | | |
| 21. Growth Fund of America shares (IRA) | A | Dividend | K | T | | | | | |
| 22. EuroPacific Growth Fund SBI shares (IRA) | A | Dividend | K | T | | | | | |
| 23. EuroPacific Growth Fund SBI shares (IRA) | A | Dividend | K | T | | | | | |
| 24. New Perspective Fund shares (IRA) | A | Dividend | K | T | | | | | |
| 25. New Perspective Fund shares (IRA) | A | Dividend | K | T | | | | | |
| 26. The Investment Co. of America shares | A | Dividend | K | T | | | | | |
| 27. Norwest Asset Secs. Corp (J) 7.125% 8-25-29 mtg.passthru | A | Interest | J | T | | | | | |
| 28. Vanguard 500 Index Fund ▮ Kornmann) | A | Dividend | L | T | | | | | |
| 29. Ford Money Market Acc't. | A | Interest | J | T | | | | | |
| 30. Vanguard GNMA Fund ▮ Kornmann) | A | Dividend | K | T | | | | | |
| 31. Vanguard REIT Fund▮ Kornmann) | B | Dividend | K | T | | | | | |
| 32. Ford Money Market Acc't ▮ Kornmann) | B | Interest | K | T | | | | | |
| 33. Due on notes ▮ Kornmann | C | Interest | L | U | | | | | |
| 34. CWMBS 7.25% 2-25-31 (mtg. Pass through)▮ Kornmann | C | Interest | | | Redeemed | 2-25 | K | | |
| 35. Thornburg Mortgage, Inc. shares▮ Kornmann) | B | Interest | K | T | Bought | 1-09 | K | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B | 3/7/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. First Horizon Asset Secs. Inc. Remic Series ▮ Kornmann | A | Interest | | | Redeemed | 12-25 | K | | |
| 37. Bank of America Mtg. Secs. 6.5% ▮ Kornmann) | B | Interest | K | T | | | | | |
| 38. Centennial Money Market Trust, ▮ Kornmann | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS (Cont'd.)

Line 1, Red Ribbon, Inc. owns a parcel of land in Indiana. It is a Subchapter S corporation and the income is thus passed through to the stockholders regardless of actual distributions. The land produces no income at this time.

Line 2, ██████████████████████████████████████ The stock has limited value because of low income and short rental period left.

Line 3, this house is occupied by the ████ of the reporting party's ██████████████████ have a remainder interest as tenants in common.

Line 4, this farmland is leased on a cash rent basis.

Lines 5 and 6, ██████ Kornmann is a general partnership which owns two apartment houses. Liquid investments held by the partnership and income therefrom have been reported in Part VII.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kornmann, Charles B | 3/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date __3 - 7 - 0 4__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544